# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

### William A. Loginov

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

October 20, 1988,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.



In Testimony Whereof, I have hereunto set my hand, and affixed the seal of said Court, this 9th day of December, 2016.

_____, Clerk