AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Motiv, Inc. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:17-cv-03009 |
| Silverstein et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Motiv, Inc.

Date:     05/25/2017

_____
*Attorney's signature*

Benjamin A. Costa, CA State Bar No. 245953
*Printed name and bar number*

Ridder, Costa & Johnstone LLP
12 Geary Street, Suite 701
San Francisco, CA 94108

*Address*

ben@rcjlawgroup.com
*E-mail address*

(415) 391-3311
*Telephone number*

(415) 358-4975
*FAX number*